IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2014.**

    Before the Court is a proposed Stipulated Protective Order (docket #36); however, there is no motion nor other filing requesting entry of the proposed order. The parties shall file a motion regarding the proposed order on or before November 5, 2014; in addition, the parties shall provide a copy of the proposed order to the Court in useable format (Word, Word Perfect).