IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

	Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

	Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2014.**

	The Stipulated Motion for Entry of Protective Order [filed November 5, 2014; docket #40] is **granted**.  The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.