**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) **Defendant Tecsys, Inc.'s Motion To Dismiss Plaintiff's Complaint and Motion To Strike** [#14][1] filed May 6, 2014; and (2) the corresponding **Recommendation of United States Magistrate Judge** [#29] filed July 9, 2014. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

    The motion to dismiss concerns primarily defective service of process on the defendant. The magistrate judge recommends that the motion be granted in part to the

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

extent the defendant asks that the attempted service of the defendant be quashed. Subsequently, the defendant was served properly. To the extent other issues are raised in the motion to dismiss, the magistrate judge recommends appropriately that the motion be denied without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#29] filed July 9, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Defendant Tecsys, Inc.'s Motion To Dismiss Plaintiff's Complaint and Motion To Strike** [#14] filed May 6, 2014, is **GRANTED** in part;

3. That the service reflected in the **Affidavit of Service** [#9] filed by the plaintiff is **QUASHED**; and

4. That otherwise, **Defendant Tecsys, Inc.'s Motion To Dismiss Plaintiff's Complaint and Motion To Strike** [#14] filed May 6, 2014, is **DENIED** without prejudice.

Dated November 7, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge