IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-0778-REB-MEH | Date: | January 22, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

UNITED STATES WELDING INC.          Marcus Harris

   Plaintiffs,

v.

TECSYS INC.                                              Christopher Toll
                                                                    Benjamin Simler

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:02 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Oral argument and discussion was held regarding pending motions with the following Orders entered:

[49] Defendant's Motion for Protective Order IS GRANTED with counsel to submit an amended Protective Order for approval.

[52] Defendant's Motion to Compel Optimum Networking Inc. Compliance with Subpoena IS GRANTED IN PART as stated on the record.

[55] Defendant's Motion to Compel Initial Disclosures, Responses to Interrogatories, and Production of Documents, and for Award of Reasonable Expenses is GRANTED IN PART AND DENIED IN PART as stated on the record.

[57] Plaintiff's Motion to Modify Civil Scheduling Order is GRANTED as follows:

    Discovery deadline:  June 8, 2015
    Dispositive motion deadline:  July 8, 2015
    Initial expert disclosures deadline:     April 20, 2015
    Rebuttal expert disclosure deadline:  May 18, 2015

    Final Pretrial Conference set before Magistrate Judge Hegarty is CANCELED.

Telephone status conference is set for **January 29, 2015 at 2:00 p.m.**

**12:14 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    02:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.