IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2015.**

    The Stipulated Motion for Entry of Amended Protective Order [filed April 10, 2015; docket #84] is **granted** as modified to conform to *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. The proposed Amended Stipulated Protective Order, modified at paragraph 11, is accepted and filed contemporaneously with this minute order.