IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

      Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2015.**

      Plaintiff's Motion to Extend Discovery and to Compel Answer [filed April 10, 2015; docket #86] is **granted in part and denied in part**. First, Plaintiff's motion to compel the Defendant to file an Answer is denied as moot; Defendant filed an Answer on Monday, April 13, 2015 (docket #89).[1] Second, the Court finds Plaintiff does not demonstrate good cause for a 90-day extension of the discovery deadlines, but will allow a brief extension for Plaintiff's review and consideration of the Answer; accordingly, the Court will modify the Scheduling Order as follows:

Initial expert disclosures deadline:    May 4, 2015
Rebuttal expert disclosure deadline:  June 3, 2015
Discovery deadline:    July 3, 2015
Dispositive motion deadline:    August 3, 2015

All other deadlines, conference dates and trial dates remain the same. Plaintiff's counsel shall serve a copy of Plaintiff's motion and this order on the Plaintiff pursuant to D.C. Colo. LCivR 6.1(c).

---

[1]Defendant was not required under the federal or local rules to file the Answer prior to the District Court's ruling on this Court's recommendation concerning Defendant's motion to dismiss. *See* Fed. R. Civ. P. 12(a)(4).