**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00778-REB-MEH

UNITED STATES WELDING INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## ORDER GRANTING MOTION TO SEAL

**Blackburn, J.**

The matter is before me on **Plaintiff United States Welding, Inc.'s Motion for Sealing Response to Defendant's Motion for Sanctions** [#87][1] filed April 10, 2015. The requirements of D.C.COLO.LCivR 7.2 have been satisfied. A showing of compelling reasons has been made. No objections have been filed. Thus, **Plaintiff United States Welding, Inc.'s Response to Tecsys' Motion for Imposition of Sanctions** [#83] filed April 9, 2015, is entitled to Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b) ("Level 1 limits access to the parties and the court").

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff United States Welding, Inc.'s Motion for Sealing Response to Defendant's Motion for Sanctions** is granted; and

2. That **Plaintiff United States Welding, Inc.'s Response to Tecsys' Motion**

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

**for Imposition of Sanctions** [#83] shall be maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b).

Dated April 21, 2015, at Denver, Colorado.

                                         **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge