IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 29, 2015.**

    Plaintiff's Motion to Compel Defendant's Compliance with Discovery Requests [filed April 27, 2015; docket #99] is **denied without prejudice** for Plaintiff's failure to comply with Judge Blackburn's practice standards concerning typeface and page limitations. *See* REB Practice Standards - Civil Actions, §§ II.E., IV.B.