IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2015.**

For good cause shown, the Joint Motion to Amend Scheduling Order [filed May 22, 2015; docket #111] is **granted**. The Court will modify the Scheduling Order as follows:

Rebuttal expert disclosure deadline: July 10, 2015
Discovery deadline: September 1, 2015
Dispositive motion deadline: September 15, 2015

All other deadlines, conference dates and trial dates remain the same. The Court will grant no further extensions of these deadlines absent a showing of exceptional cause.