IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00778-REB-MEH | Date: | June 1, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

UNITED STATES WELDING INC.     Marcus Harris

   Plaintiffs,

v.

TECSYS INC.     Christopher Toll

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:31 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. Kathy Logren appeared as the plaintiff.

**ORDERED**:

[81] MOTION for Sanctions by Defendant Tecsys Inc. is GRANTED IN PART AND DENIED IN PART. The plaintiff is to produce the contact information (including telephone numbers) for the witnesses in question by June 5, 2015. The amount of the claim for lost sales is frozen at the earlier produced number of approximately $11 million. If the defendant can prove that there are categories of damages with no documents to back up those figures, then those categories of damages will be stricken. The defendant has until 6/29/2015 to provide that information to the Court. Fees for this Motion and for appearance of counsel at this hearing are awarded to the defendant. Costs of any additional discovery that the defendant can prove is necessary are awarded to the defendant. The "new" categories of damages are STRICKEN as reviewed in detail on the record.

[102] MOTION to Compel *Discovery Responses* by Plaintiff United States Welding Inc. is DENIED for failure to properly confer. Fees for this Motion and for appearance of counsel at this hearing are awarded to the defendant.

The plaintiff may designate 5 persons for whom the defendant will produce performance evaluations and disciplinary records as they relate to the United States Welding LLC contract.

The Court is not ordering the production of financial records by the defendant at this time.

**12:42 p.m.     Court in recess.**   Hearing concluded.
Total in-court time    02:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.