IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14cv-00778-REB-MEH | Date: | October 7, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

UNITED STATES WELDING INC.  Marcus Harris
  George Long

   Plaintiffs,

v.

TECSYS, INC.  Christopher Toll
  Benjamin Simler

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**2:09 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:

The (SEALED) Motion for Leave to Designate an Expert on Damages [154] is GRANTED IN PART AND DENIED IN PART.

Rick Lofgren, client representative, is allowed to write a rebuttal report addressing the defendant's expert report on damages within forty-five (45) days. In addition, Mr. Lofgren will be allowed to testify to this during the trial in this matter.

A Telephone Status Conference is set for **November 19, 2015 at 10:00 a.m**. before U.S. Magistrate Judge Michael E. Hegarty. Parties are to conference together and then call Chambers at (303) 844-4507.

**3:10 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    01:01

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.