IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00778-REB-MEH | Date: | November 19, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

UNITED STATES WELDING, INC.   George Long
                               Kristin Lockwood

   Plaintiffs,

v.

TECSYS, INC.   Christopher Toll
               Benjamin Simler

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:26 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Oral argument was held regarding [187] Motion to Strike Plaintiff's Late-Disclosed Witnesses by Defendant. Defendant withdrew his motion to strike regarding Debbie Worthley. Per counsel for the plaintiff, the only two witnesses still at issue are Steve Epner and Bob Yeoman.

**ORDERED**:

[187] Motion to Strike Plaintiff's Late-Disclosed Witness IS GRANTED IN PART AND DENIED IN PART. Steve Epner is admitted as a witness, and Bob Yeoman is stricken as a witness.

Regarding SEALED document [194], attorney's fees are awarded to the defendant in the amount of $67,742.00.

Regarding the expert report of Mr. Lofgren, counsel for the defendant has until December 8, 2015 to file a motion regarding his request to strike parts of the report. Defendant has until December 14, 2015 to file a response, and the reply deadline is December 16, 2015.

An evidentiary hearing regarding documents that were produced by the plaintiff and how they relate to the categories of damages is set for **December 10, 2015 at 10:15 a.m.** before U.S. Magistrate Judge Michael Hegarty in Courtroom A501, Arraj Courthouse, Denver.

**12:15 p.m.     Court in recess.**   Hearing concluded.
Total in-court time    01:49

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.