IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00778-REB-MEH

UNITES STATES WELDING, INC., a Colorado corporation,

    Plaintiff,

v.

TECSYS, INC., a Canadian corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2016.**

    Pursuant to D.C. Colo. LCivR 7.2, Defendant's Unopposed Motion for Order Restricting Access to Certain Exhibits to Defendant's Motion to Strike [filed December 29, 2015; docket #221] is **granted**.  The Clerk of the Court is directed to maintain under Restriction Level 1 the documents located at docket ##204-1, 204-2, 204-6, and 204-7.  The Clerk of the Court is directed to remove from restriction all other documents found at docket #204.

    Pursuant to D.C. Colo. LCivR 7.2, Defendant's Unopposed Motion for Order Restricting Access to Defendant's Reply in Support of Defendant's Motion to Strike [filed December 29, 2015; docket #222] is **granted**.  The Clerk of the Court is directed to maintain under Restriction Level 1 the document located at docket #211.