IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00778-REB-MEH | Date: | February 3, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                       *Counsel:*

UNITED STATES WELDING, INC.       Marcus Harris
                                                   George Long
                                                   Kristin Lockwood

     Plaintiffs,

v.

TECSYS, INC.                             Christopher Toll
                                                   Benjamin Simler

     Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:46 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Richard Lofgren was sworn in and testified regarding his rebuttal report.

**ORDERED**:      Following oral argument, the [205] Motion to Strike Pursuant to [204] Restricted Document was GRANTED IN PART AND DENIED IN PART as stated on the record.

                       The motion was denied as to the category of lost profits and granted as to the remaining categories.

**12:11 p.m.**      **Court in recess.**    Hearing concluded.
Total in-court time    01:25