IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 1:14-cv-00778-REB-MEH | Date: | April 20, 2016 |
|---|---|---|---|
| Courtroom Deputy: | Amanda Montoya | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

UNITED STATES WELDING, INC. George Stephen Long
Kristin Lockwood

   Plaintiff,

v.

TECSYS, INC. Christopher Toll
Benjamin Simler

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**1:57 p.m.**    **Court in session.**

Court calls case. Appearances of counsel. Owners of Unites States Welding Inc, Mr. and Ms. Lofgren, are present with counsel.

This hearing comes before the court in regards to *[256] Defendant's Motion for Reconsideration of Partial Denial of Motion to Strike and for Expedited Briefing*. Discussion and argument regarding the motion.

**3:04 p.m.**    **OFF THE RECORD**
**3:10 p.m.**    **ON THE RECORD**

**3:34 p.m.**    **COURT IN RECESS**
**3:44 p.m.**    **IN SESSION**

3:47 p.m.    Mr. Toll calls Rick Lofgren as a witness. Mr. Lofgren is sworn. Direct examination by Mr. Toll.

**ORDERED**:    *[256] Defendant's Motion for Reconsideration of Partial Denial of Motion to Strike and for Expedited Briefing* is **GRANTED in part and DENIED in part**

as stated on the record. The Court is not going to strike anything from Mr. Lofgren's report.

The Court will award fees for the Defendant for this proceeding.

The Court will allow Mr. Toll to complete a supplemental deposition on the narrow issue of Mr. Lofgren. Mr. Toll shall advise the Court by e-mail no later than the close of business on Friday if he intends to take this deposition.

**5:16 p.m.     Court in recess.**   Hearing concluded.
Total in-court time    03:09

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.