# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-00778-REB-MEH

UNITED STATES WELDING, INC.,

    Plaintiff,

vs.

TECSYS, INC.,

    Defendant.

## ORDER FOR ENTRY OF JUDGMENT

**Blackburn, J.**

    This matter is before me *sua sponte*. This case was tried to a jury and the jury returned verdicts [#361, #363, #365][1] in favor of the defendant. The motion for new trial [#370] of the plaintiff has been denied. Concurrent with this order, I enter an order granting in part the motion [#377] of the defendant for an award of attorney fees and costs. With these issues resolved, it is proper to enter final judgment.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That based on the verdicts [#361, #363, #365] of the jury and the orders of this court, judgment shall enter in favor of the defendant, TECSYS, Inc., and against the plaintiff, United States Welding, Inc., on all claims asserted by United States Welding, Inc. in this case;

---

[1] "[#361]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the judgment shall award to the defendant, TECSYS, Inc., reasonable attorney fees in the amount of $1,719,578.29, which shall be paid by the plaintiff, United States Welding, Inc.; and

3. That the judgment shall award to the defendant, TECSYS, Inc., reasonable costs in the amount of $336,220.76, which shall be paid by the plaintiff, United States Welding, Inc.

Dated September 8, 2017, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge